1
2
3                                                             JS-6
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| NOEMI GARIBALDI, individually, and on behalf of all others similarly situated individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS GROUP USA, INC. et al.<br><br>Defendants. | Case No. 2:13-CV-00011-DSF-AGR<br><br>[Assigned to the Hon. Dale S. Fischer]<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**<br><br>Complaint Filed: September 11, 2012<br>Date of Removal: January 2, 2013 |

Firmwide:128954737.1 024778.1408

1

**ORDER**

Based on the Parties' Joint Stipulation of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and good cause having been shown, the Court Orders that the above captioned action is hereby dismissed with prejudice as to Plaintiff Noemi Garibaldi only, and dismissed without prejudice as to the class alleged in the Complaint.

**IT IS SO ORDERED.**

DATED: 9/19/14           By: _____
                             DALE S. FISCHER
                             United States District Court Judge

Firmwide:128954737.1 024778.1408

2